| AO 10
Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2014 | Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

Mueller, Kimberly J. | 2. Court or Organization

Eastern District of California | 3. Date of Report

05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;
magistrate judges indicate full- or part-time)

U S District Judge | 5a. Report Type (check appropriate type)

☐ Nomination ☐ Date
☐ Initial ☑ Annual ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2014
to
12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
501 I Street
Sacramento, CA 95814-2322

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors, ex-officio member (January 1, 2013 to present) | Eastern District Historical Society |
| 2. | Board of Directors, ex-officio member (Fall 2012 - present) | Sacramento Federal Judicial Library and Learning Center |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | 2014 | Retirement Plan distribution - John Hancock |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sotiris Kolokotronis | Sacramento Kings tickets- 2 games | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Glen Fait, successor Trustee | Real estate mortgage | N |
| 2. | Golden One Credit Union | Personal loan | J |
| 3. | Mid Kansas Credit Union | Real estate mortgage | M |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock, ▮▮▮▮▮ | | None | N | V | | | | | |
| 2. Partner in Spring Valley Ranch | C | Distribution | M | W | | | | | |
| 3. Real estate, North Sacramento, CA | C | Rent | N | W | | | | | |
| 4. Bank accounts, Golden One | A | Interest | K | T | | | | | |
| 5. (905) Calvert Social Investment Balance - A | A | Interest | J | T | | | | | |
| 6. Manulife 401 (k) (no control) | C | Interest | M | T | | | | | |
| 7. River City Bank accounts | A | Interest | J | T | | | | | |
| 8. Real Estate, Folsom | | None | P1 | R | | | | | |
| 9. 1/2 interest in 2 Stephens Motor Yachts | | None | K | T | | | | | |
| 10. Real Estate, Moundridge, Kansas | C | Rent | M | R | | | | | |
| 11. Real Estate, Sacramento, CA | E | Rent | O | R | Buy | 03/14/14 | O | | ▮▮▮▮▮ |
| 12. Member - Thalia, LLC | E | Distribution | K | W | Buy | 07/01/14 | P1 | | See add'l info Part VIII |
| 13. Exchange Funds | | None | | | Closed | 03/14/14 | O | | See add'l Info Part VIII |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A. Non-Investment Income. Non-reportable non-investment income was earned during the reporting period (salary from the U S Government for services as a United States District Judge)

Part VII, Investments and Trusts. Re: Common Stock. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The valuation was based on the per share value resulting from the federal estate tax examination of the related shareholder who died in 1998, which is the most recent valuation available.

Part VII, Investments and Trusts. Re: Investment in real estate, Folsom, CA. The property was acquired for $1,979,856 on 11/1/05.

Part VII, Investments and Trusts. Re: Investment in real estate, Moundridge, Kansas. The property was acquired for $210,000 on 6/1/10.

Part VII, Investments and Trusts. Re: Investment in real estate, Sacramento, CA. A 22.65% interest in the commercial rental property was acquired on 3/14/2014 for $884,639 cash- funds were in a qualified exchange intermediary account.

Part VII, Investments and Trusts. Re: Investment in Thalia LLC, Folsom, CA. This LLC purchased a building and a partial interest in land located in Folsom, CA on 7/3/14. The Folsom real estate (listed above) was previously subject to a ground lease with the previous owner of this building. No contributions were made to this LLC. Net income of $41,291 was allocated on Schedule K-1 but no cash distributions were made in 2014.

Part VII, Investments and Trusts. Re: Exchange Funds. The entire amount was used to purchase the real estate located in Sacramento, CA reported on line 11.

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544